IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TARUS HALL, #237249, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:14-cv-098-WHA |
| | ) | |
| KENNETH JONES, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #13), entered on February 16, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED. This case is DISMISSED with prejudice because the petition is time-barred under the one year limitation period in 28 U.S.C. § 2244(d). Final Judgment will be entered accordingly.

DONE this 14th day of March, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE